```
UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK
------------------------------------------------------------X
                                                            :
R.N.,                                                       :
                                                            :
                           Plaintiff,                       :
                                                            :        20-cv-45 (VSB)
              -against-                                     :
                                                            :           ORDER
NEW YORK CITY DEPARTMENT OF                                 :
EDUCATION,                                                  :
                                                            :
                           Defendant.                       :
                                                            :
------------------------------------------------------------X
```

USDC SDNY
DOCUMENT
ELECTRONICALLY FILED
DOC #:
DATE FILED: 10/27/2020

VERNON S. BRODERICK, United States District Judge:

The Court is in receipt of Plaintiff's October 26, 2020 amended letter motion that represents that the parties jointly move for an extension in the briefing schedule on the upcoming motion for summary judgment in anticipation of settling the case without motion practice. (Doc. 18.) This schedule conflicts with Defendant's prior request to stay summary judgment briefing until December 15, 2020. (Doc. 15.) Accordingly, it is hereby:

ORDERED that Defendant submit a letter by no later than October 30, 2020, explaining A) whether Defendant does or does not still seek the stay on Plaintiff's briefing December 15, B) whether Defendant is satisfied that it has received all relevant billing records, as Plaintiff represents, and C) whether this most recent letter (Doc. 18) moots Defendant's earlier request (Doc. 15.)

SO ORDERED.

Dated: October 27, 2020
       New York, New York

*Vernon S. Broderick*
Vernon S. Broderick
United States District Judge